UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| Michel W. Ihlo, | ) | Case No.  05 B 16853 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATION AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

**To the Debtor, Creditors and other Parties in Interest:**

1. Notice is hereby given that the Trustee of the above captioned case has filed a Trustee's Final Report and Final Application for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court
          Will County Court Annex Building
          57 North Ottawa Street, Room 201
          Joliet, Illinois 60432

    On: **August 17, 2007**        Time: **9:15 a.m.**

20. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. Attendance by the debtor and creditors is welcomed but is not required.

3. The Trustee's Final Report shows total:

    | | | |
    |---|---|---|
    | a.. | Receipts | $75,113,29 |
    | b. | Disbursements | $37,105.65 |
    | c. | Net Cash Available for Distribution | **$39,007.64** |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| **Applicant** | **Comp. Prev. Paid** | **Fees Now Requested** | **Expenses Now Req.** |
|---|---|---|---|
| Michael Berland, Trustee | $0 | $6,630.66 | $0 |

5. Applications for Chapter 11 Fees and administrative expenses have been filed as follows**:**
**Applicant    Comp. Previously Paid    Fees Now Requested    Expenses Now Req.**
N/A

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%. Allowed priority claims are:

**Claim Number        Claimant     Allowed Amount of Claim   Proposed Payment**
N/A

7.  Claims of general unsecured creditor totaling $22,760.36 have been allowed and will be paid *pro rata* only after all allowed general administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%, plus interest.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Asset Acceptance LLC | $ 292.06 | $ 292.06 |
| 1 - Interest | Asset Acceptance LLC | $ 18.93 | $ 18.93 |
| 2. | Resurgence Financial LLC | $ 5,705.05 | $ 5,705.05 |
| 2 - Interest | Resurgence Financial LLC | $ 369.84 | $ 369.84 |
| 3. | NCO/Purchaser from Cititank | $16,763.25 | $16,763.25 |
| 3 - Interest | NCO/Purchaser from Citibank | $ 1,086.70 | $ 1,086.70 |
| Surplus | Michel W. Ihlo | $ 8,141.15 | $ 8,141.15 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, IL 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:   N/A

Dated: **July 17, 2007**           For the Court,

                      By:   **KENNETH S GARDNER**
                            Kenneth S. Gardner
                            Clerk of the United Stated Bankruptcy Court
                            219 South Dearborn Street, 7th Floor
                            Chicago, Il 60604

Trustee:         Michael G. Berland
Address:         One North La Salle Street, Suite 1775
                 Chicago, IL 60602
Phone Number:    (312) 855-01271