UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )        Chapter 7 Case
                                    )
    Michel W. Ihlo,               )        Case No.  05 B 16853
                                    )
    Debtor.                       )        Judge Bruce W. Black

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATION AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

**To the Debtor, Creditors and other Parties in Interest:**

1. Notice is hereby given that the Trustee of the above captioned case has filed a Trustee's Final Report and Final Application for compensation. A hearing will be held

   At:  U.S. Bankruptcy Court
        Will County Court Annex Building
        57 North Ottawa Street, Room 201
        Joliet, Illinois 60432

   On: **August 17, 2007**      Time: **9:15 a.m.**

20. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. Attendance by the debtor and creditors is welcomed but is not required.

3. The Trustee's Final Report shows total:

   | | | |
   |---|---|---|
   | a.. | Receipts | $75,113,29 |
   | b. | Disbursements | $37,105.65 |
   | c. | Net Cash Available for Distribution | **$39,007.64** |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| **Applicant** | **Comp. Prev. Paid** | **Fees Now Requested** | **Expenses Now Req.** |
|---|---|---|---|
| Michael Berland, Trustee | $0 | $6,630.66 | $0 |

5. Applications for Chapter 11 Fees and administrative expenses have been filed as follows**:**
**Applicant    Comp. Previously Paid    Fees Now Requested    Expenses Now Req.**
N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%. Allowed priority claims are:

**Claim Number     Claimant     Allowed Amount of Claim   Proposed Payment**
N/A

7. Claims of general unsecured creditor totaling $22,760.36 have been allowed and will be paid *pro rata* only after all allowed general administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%, plus interest.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Asset Acceptance LLC | $ 292.06 | $ 292.06 |
| 1 - Interest | Asset Acceptance LLC | $ 18.93 | $ 18.93 |
| 2. | Resurgence Financial LLC | $ 5,705.05 | $ 5,705.05 |
| 2 - Interest | Resurgence Financial LLC | $ 369.84 | $ 369.84 |
| 3. | NCO/Purchaser from Cititank | $16,763.25 | $16,763.25 |
| 3 - Interest | NCO/Purchaser from Citibank | $ 1,086.70 | $ 1,086.70 |
| Surplus | Michel W. Ihlo | $ 8,141.15 | $ 8,141.15 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, IL 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:    N/A

Dated: **July 17, 2007**                For the Court,

By:   **KENNETH S GARDNER**
      Kenneth S. Gardner
      Clerk of the United Stated Bankruptcy Court
      219 South Dearborn Street, 7th Floor
      Chicago, Il 60604

Trustee:        Michael G. Berland
Address:        One North La Salle Street, Suite 1775
                Chicago, IL 60602
Phone Number:   (312) 855-01271

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1              User: amcc7                Page 1 of 1              Date Rcvd: Jul 17, 2007
Case: 05-16853                    Form ID: pdf002            Total Served: 14

The following entities were served by first class mail on Jul 19, 2007.
db            Michel W Ihlo,     20 S Fernwood Dr,    Bolingbrook, IL   60440
aty           Gerald A Rebeck,    Gerald Rebeck Attorney at Law,    1001 Ogden Avenue,    Naperville, IL  60563
aty          +Yanick Polycarpe,    Pierce and Associates, P.C.,    1 North Dearborn   Suite 1300,
               Chicago, IL 60602-4331
tr           +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
cr          ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,    GRAND RAPIDS MI 49546-6253
              (address filed with court:   Fifth Third Mortgage Company,    Madisonville Operations Center,
               Mail Drop 1MOC 20,     Cincinnati, OH 45263-0001)
9776163      +ASSET ACCEPTANCE LLC,    ASSIGNEE:LEVITZ,    PO BOX 2036,    WARREN MI 48090-2036
9286258      +Citi Cards,    Box 45165,    Jacksonville, FL 32232-5165
9286260      +Fifth Third Bank,    Box 630041,    Cincinnati, OH 45263-0041
9286261      +Household Bank,    Box 15521,    Wilmington, DE 19850-5521
9286262       Kaplan & Chaet, LLC,    15 Old Orchard road,    Skokie, IL 60077
10670529     +NCO/PURCHASER FROM CITIBANK,    c/o NCO Financial Systems, Inc.,    1804 Washington Blvd.,
               Dept. 500,    Baltimore, Md 21230-1700
9286263       Resurgence Financial, LLC.,    c/o Kaplan & Chaet. LLC,    15 Old Orchard Road,    Skokie, IL 60077
9286264      +Sears,    45 Congress,    Salem, MA 01970-5579

The following entities were served by electronic transmission on Jul 18, 2007.
9286259      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 18 2007 10:00:01     Discover Card,    Box15156,
               Wilmington, DE 19886-0001
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            William Jaeger
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 19, 2007**                   **Signature:** _Joseph Speetjens_