## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**IN RE:**
**IHLO, MICHEL W.**

**CHAPTER 7 CASE**

**CASE NO. 05-16853 BL**

**JUDGE Bruce W. Black (JOLIET)**

Debtor(s)

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE BRUCE W. BLACK
 BANKRUPTCY JUDGE

        Final distribution of all monies has been made in accordance\
with the Order Awarding Compensation and Expenses and the Trustee's
Distribution Report, a copy of which is attached as Exhibit "A"

     All checks have been cashed. The Form 2 is attached as Exhibit
"B".

The Trustee certifies that the estate has been fully administered,
requests that he be discharged, and the case closed pursuant to 11
U.S.C. §350.

                              /s/ Michael G. Berland Trustee

Dated: 9/12/08

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:
IHLO, MICHEL W.

CHAPTER 7 CASE

CASE NO. 05-16853 BL

JUDGE Bruce W. Black(Joliet)

Debtor(s)

## DISTRIBUTION REPORT

I, MICHAEL G. BERLAND, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,630.66 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 22,760.36 |
| Post-Petition Interest: | $ 1,475.47 |
| Surplus to Debtor: | $ 8,280.19 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 39,146.68 |

EXHIBIT A

**DISTRIBUTION REPORT**                                                 **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) $ | | 6,630.66 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | MICHAEL G. BERLAND | 6,630.66 | 6,630.66 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL        $ | | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 $ | | 0.00 | 0.00% |

**EXHIBIT** 

**DISTRIBUTION REPORT**                                    **PAGE 2**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(7) - Alimony $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: $ | 0.00 | 0.00% |

**EXHIBIT A**

**DISTRIBUTION REPORT**                                                    **PAGE 3**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) $ | 22,760.36 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | ASSET ACCEPTANCE LLC | 292.06 | 292.06 |
| 2 | Resurgence Financial, LLC. | 5,705.05 | 5,705.05 |
| 3 | NCO/PURCHASER FROM CITIBANK | 16,763.25 | 16,763.25 |
| | | TOTAL    $ | 22,760.36 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**EXHIBIT** A

**DISTRIBUTION REPORT**                                      **PAGE 4**

§726(a)(3) - Late unsecured claims                 0.00         0.00%
$

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest $ | 1,475.47 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 11 | ASSET ACCEPTANCE LLC | 18.93 | 18.93 |
| 21 | Resurgence Financial, LLC. | 369.84 | 369.84 |
| 31 | NCO/PURCHASER FROM CITIBANK | 1,086.70 | 1,086.70 |
| | | TOTAL        $ | 1,475.47 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor $ | 8,280.19 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| SURPLUS | 1HLO, MICHEL W. | 8,280.19 | 8,280.19 |
| | | TOTAL        $ | 8,280.19 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

EXHIBIT ₿

**DISTRIBUTION REPORT**                                                    **PAGE 5**

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  August 23, 2007                      /s/Michael G. Berland
                                             _____
                                             MICHAEL G. BERLAND, Trustee

EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

IN RE:                                    CHAPTER 7 CASE
IHLO, MICHEL W.
                                          CASE NO. 05-16853 BL

                                          JUDGE Bruce W. Black(Joliet)
        Debtor(s)

ORDER AWARDING COMPENSATION AND EXPENSES

        THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses
of administration, notice having been given and the Court being duly advised:

        IT IS HEREBY ORDERED that the Trustee's compensation and
expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 6,630.66 |
| 2. | Trustee's expenses | $ 0.00 |
| | TOTAL | $ 6,630.66 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and
expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 0.00 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 0.00 |
| | b. Expenses | $ 0.00 |

1

|   |   |   |
|---|---|---|
| c. Chapter 11 compensation | $ | 0.00 |
| d. Chapter 11 Expenses | $ | 0.00 |
| 3. Other Professionals | | . |
| TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this_____ day of _____ , 200 ___ .

ENTERED _____

Bruce W. Black
UNITED STATES BANKRUPTCY JUDGE

AUG 1 7 2007

BRUCE W. BLACK, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

2

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-16853 BL |
| **Case Name:** | IHLO, MICHEL W. |
| **Taxpayer ID #:** | 13-7541205 |
| **Period Ending:** | 09/10/08 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****92-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/25/06 | {5} | Liberty Mutual Insurance | Partial settlement of personal injury case per court order | 1142-000 | 65,000.00 | | 65,000.00 |
| 09/25/06 | | Libert Mutua; | Payment of partial settlement personal injury case | 1142-000 | 65,000.00 | | 130,000.00 |
| 09/25/06 | {5} | Cincinnati Insurance Company | Payment of partial settlement of personal injrury case | 1142-000 | 10,000.00 | | 140,000.00 |
| 09/25/06 | | Reversal of duplicate deposit | Reversal of duplicate deposit | 1142-000 | -65,000.00 | | 75,000.00 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.92 | | 75,004.92 |
| 10/03/06 | 1001 | William A. Jaeger P.C. | Payment of special counsel attorney fee pursuant to court order | 3210-600 | | 25,000.00 | 50,004.92 |
| 10/03/06 | 1002 | William A. Jaeger P.C. | Payment of special counsel expenses purusant to court order | 3220-610 | | 3,605.65 | 46,399.27 |
| 10/03/06 | 1003 | Michel Ihlo | Payment of personal injury exemption pursuant to court order | 8100-002 | | 7,500.00 | 38,899.27 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 32.05 | | 38,931.32 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 25.58 | | 38,956.90 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.75 | | 38,981.65 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.99 | | 39,007.64 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.44 | | 39,027.08 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.84 | | 39,047.92 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.54 | | 39,069.46 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.55 | | 39,091.01 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.17 | | 39,111.18 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.27 | | 39,133.45 |
| 08/20/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 13.23 | | 39,146.68 |

Exhibit B

| Subtotals : | $75,252.33 | $36,105.65 |
|---|---|---|

{} Asset reference(s)

Printed: 09/12/2008 07:55 AM    V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-16853 BL |
| **Case Name:** | IHLO, MICHEL W. |
| **Taxpayer ID #:** | 13-7541205 |
| **Period Ending:** | 09/10/08 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****92-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/07 | | To Account #*********9266 | Transfer for purpose of final disribution | 9999-000 | | 39,146.68 | 0.00 |
| 09/14/07 | | From Account #*********9266 | | 9999-000 | 1,086.70 | | 1,086.70 |
| 09/14/07 | | To Account #*********9266 | Interest to be paid to transferee of NCO | 9999-000 | | 1,086.70 | 0.00 |
| 09/14/07 | 1004 | Portfolio Recovery Associates | Payment of first and final<br>divident-interest-tranferee of NCO<br>Stopped on 09/14/07 | 7990-000 | | ! 1,086.70 | -1,086.70 |
| 09/14/07 | 1004 | Portfolio Recovery Associates | Payment of first and final<br>divident-interest-tranferee of NCO<br>Stopped: check issued on 09/14/07 | 7990-000 | | ! -1,086.70 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 76,339.03 | 76,339.03 | **$0.00** |
| Less: Bank Transfers | 1,086.70 | 40,233.38 | |
| **Subtotal** | 75,252.33 | 36,105.65 | |
| Less: Payments to Debtors | | 7,500.00 | |
| **NET Receipts / Disbursements** | **$75,252.33** | **$28,605.65** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 05-16853 BL | | | **Trustee:** | MICHAEL G. BERLAND (520196) | |
| **Case Name:** | IHLO, MICHEL W. | | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | | | | **Account:** | ***-*****92-66 - Checking Account | |
| **Taxpayer ID #:** | 13-7541205 | | | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 09/10/08 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/07 | | From Account #********9265 | Transfer for purpose of final disribution | 9999-000 | 39,146.68 | | 39,146.68 |
| 08/27/07 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $6,630.66, Trustee Compensation;  Reference: | 2100-000 | | 6,630.66 | 32,516.02 |
| 08/27/07 | 102 | ASSET ACCEPTANCE LLC | Dividend paid 100.00% on $292.06; Claim# 1; Filed: $292.06; Reference: | 7100-000 | | 292.06 | 32,223.96 |
| 08/27/07 | 103 | Resurgence Financial, LLC. | Dividend paid 100.00% on $5,705.05; Claim# 2; Filed: $5,705.05; Reference: | 7100-000 | | 5,705.05 | 26,518.91 |
| 08/27/07 | 104 | NCO/PURCHASER FROM CITIBANK | Dividend paid 100.00% on $16,763.25; Claim# 3; Filed: $16,763.25; Reference: Stopped on 09/11/07 | 7100-000 | | 16,763.25 | 9,755.66 |
| 08/27/07 | 105 | ASSET ACCEPTANCE LLC | Dividend paid 100.00% on $18.93; Claim# 1I; Filed: $18.93; Reference: | 7990-000 | | 18.93 | 9,736.73 |
| 08/27/07 | 106 | Resurgence Financial, LLC. | Dividend paid 100.00% on $369.84; Claim# 2I; Filed: $369.84; Reference: | 7990-000 | | 369.84 | 9,366.89 |
| 08/27/07 | 107 | NCO/PURCHASER FROM CITIBANK | Dividend paid 100.00% on $1,086.70; Claim# 3I; Filed: $1,086.70; Reference: Stopped on 09/12/07 | 7990-000 | | 1,086.70 | 8,280.19 |
| 08/27/07 | 108 | IHLO, MICHEL W. | Dividend paid 100.00% on $8,280.19; Claim# SURPLUS; Filed: $8,280.10; Reference: | 8200-000 | | 8,280.19 | 0.00 |
| 09/11/07 | 104 | NCO/PURCHASER FROM CITIBANK | Dividend paid 100.00% on $16,763.25; Claim# 3; Filed: $16,763.25; Reference: Stopped: check issued on 08/27/07 | 7100-000 | | -16,763.25 | 16,763.25 |
| 09/12/07 | 107 | NCO/PURCHASER FROM CITIBANK | Dividend paid 100.00% on $1,086.70; Claim# 3I; Filed: $1,086.70; Reference: Stopped: check issued on 08/27/07 | 7990-000 | | -1,086.70 | 17,849.95 |
| 09/12/07 | 109 | PORTFOLIO RECOVERY | FIRST AND FINAL DIVIDENT-TRANSFEREE | 7100-000 | | 16,763.25 | 1,086.70 |

**Subtotals :**  $39,146.68  $38,059.98

{} Asset reference(s)

Printed: 09/12/2008 07:55 AM   V.10.54

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-16853 BL | |
| **Case Name:** | IHLO, MICHEL W. | |
| | | |
| **Taxpayer ID #:** | 13-7541205 | |
| **Period Ending:** | 09/10/08 | |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****92-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | ASSOCIATES | OF NCO | | | | |
| 09/14/07 | | From Account #********9265 | Interest to be paid to transferee of NCO | 9999-000 | 1,086.70 | | 2,173.40 |
| 09/14/07 | | To Account #********9265 | | 9999-000 | | 1,086.70 | 1,086.70 |
| 09/17/07 | 110 | Reocvery Portfolio Associates | First and Final Dividend-Interest-Transferee of NCO | 7990-000 | | 1,086.70 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 40,233.38 | 40,233.38 | $0.00 |
| Less: Bank Transfers | | 40,233.38 | 1,086.70 | |
| **Subtotal** | | 0.00 | 39,146.68 | |
| Less: Payments to Debtors | | | 8,280.19 | |
| **NET Receipts / Disbursements** | | $0.00 | $30,866.49 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****92-65** | 75,252.33 | 28,605.65 | 0.00 |
| **Checking # ***-*****92-66** | 0.00 | 30,866.49 | 0.00 |
| | $75,252.33 | $59,472.14 | $0.00 |

{} Asset reference(s)